

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| IN THE ESTATE OF RICKEY RAY ALLEN, | § | No. 08-21-00184-CV |
| | § | Appeal from the |
| Appellant. | § | County Court at Law |
| | § | of Hill County, Texas |
| | § | (TC# PR14881) |
| | § | |

## **O R D E R**

The Court DENIES only as to the Appellant's motion to abate, and GRANTS only as to the Appellant's first motion for extension of time within which to file the brief until **February 20, 2022**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jonathan M. Jabcuga, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before February 20, 2022.

IT IS SO ORDERED this 23rd day of November, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.